IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIM SARWAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 1061 31ST STREET LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:20-cv-2601 |

## ANSWER

Defendant 1061 31st Street LLC ("Defendant") hereby responds to the numbered allegations in the Complaint of Plaintiff Saim Sarwar ("Plaintiff"), as follows:

1. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph; therefore, denied.

2. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph; therefore, denied.

3. Denied.

4. This allegation calls for a legal conclusion or determination; to the extent a response is required, denied.

5. This allegation calls for a legal conclusion or determination; to the extent a response is required, denied.

6. This allegation calls for a legal conclusion or determination; to the extent a response is required, denied.

7. This allegation calls for a legal conclusion or determination; to the extent a response is required, denied.

8. This allegation calls for a legal conclusion or determination; to the extent a response is required, denied.

9. This allegation calls for a legal conclusion or determination; to the extent a response is required, denied.

10. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph; therefore, denied.

11. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph; therefore, denied.

12. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph; therefore, denied.

13. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph; therefore, denied.

14. Denied

15. Denied

16. Denied

17. Denied

18. Denied

19. Denied

20. This allegation calls for a legal conclusion or determination; to the extent a response is required, denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a cause of action against Defendant upon which relief can be granted.

2. Plaintiff has not suffered any actual damages.

3. Plaintiff lacks standing to bring these claims against Defendant.

4. Plaintiff's claims are beyond the applicable statute of limitations.

5. Any damages suffered were the result of actions, conditions or circumstances unrelated to any conduct of Defendant.

6. The Complaint fails to contain signed authorization to initiate action.

7. Plaintiff has sued the wrong party as the named Defendant is not the owner of the subject property.

WHEREFORE, Defendant respectfully requests that the Court dismiss the Complaint against Defendant with prejudice, award Defendant its costs and attorneys' fees and enter any other such relief as the Court deems appropriate.

Respectfully submitted,
COOPER & CRICKMAN, PLLC

_____
Kenneth C. Crickman (#463225)
Robert Clayton Cooper (#414168)
6856 Eastern Avenue, N.W., Suite 350
Washington, D.C. 20012
Office: 202-265-4520
Fax: 202-265-4525
kcrickman@cocrlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer was served electronically this 23rd day of February, 2021 upon:

Tristan W. Gillespie, Esq.
5150 Cottage Farm Road
Johns Creek, GA 30022

_____
Kenneth C. Crickman